IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEMARIO SHAWN BARNES, #275286, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>JUDGE GEORGE R. GREENE, *et al.*, )<br>)<br>   Defendants. ) | CIV. ACT. NO.  3:12cv127-TMH<br>(WO) |

**OPINION and ORDER**

On March 20, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's claims seeking relief in a pending state civil action be and is hereby DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

3. To the extent the complaint presents claims which challenge the constitutionality of a conviction imposed upon the plaintiff by the Circuit Court of Russell County, Alabama, the complaint be and is hereby DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims are not properly before the

court at this time.

    4.    This case be dismissed prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Done this the 13th day of April, 2012.

                                /s/ Truman M. Hobbs  
                                TRUMAN M. HOBBS  
                                SENIOR UNITED STATES DISTRICT JUDGE